UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Jon Beebe Franks,　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　　)　　**JUDGMENT**
　　　　　　　　　　　　　　　　　　　　)
Carolyn W. Colvin,　　　　　　　　　　　)　　No. 7:15-CV-143-F
*Acting Commissioner of Social Security*,　)
　　　　　　Defendant.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and development.

**This judgment filed and entered on March 15, 2016, and served on:**

Paul B. Eaglin (via CM/ECF Notice of Electronic Filing)
Jeannette M. Mandycz (via CM/ECF Notice of Electronic Filing)

　　　　　　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK

March 15, 2016
　　　　　　　　　　　　　　　　　　　　　By: Deputy Clerk