IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JON BEEBE FRANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 7:15-cv-00143-F |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon stipulation and agreement of the parties, it is ordered that Defendant pay to Plaintiff $7,100.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program (31 U.S.C. § 3716), payment will be made to Plaintiff's attorney in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 23 day of May 2016,

_____
Hon. James C. Fox
Senior U.S. District Judge
Eastern District of North Carolina